# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| THE UNITED STATES OF AMERICA, | Case No. 2:07-CR-185 JCM (PAL) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| RONNELL THOMAS JAMES, | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. James*, case number 2:07-cr-00185-JCM-PAL-1. On September 19, 2017, defendant Ronnell James filed a motion for early termination of supervised release. (ECF No. 89).

Briefing shall proceed as follows: the government has twenty-one (21) days from the date of this order to file a response. Thereafter, defendant has fourteen (14) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that the government shall file a response to defendant's motion for early termination of supervised release (ECF No. 89) no later than twenty-one (21) days from the date of this order. Defendant shall file a reply within fourteen (14) days thereafter.

DATED September 25, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**